## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:20 CV 16 MR WCM

| | | |
|---|---|---|
| MATTHEW HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| NORTH CAROLINA | ) | |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY and DIVISION OF | ) | |
| ADULT CORRECTION AND | ) | |
| JUVENILE JUSTICE | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Patrick M. Wallace.  The Motion indicates that Mr. Wallace, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Matthew Hodge, and that he seeks the admission of Laura E. Reasons, who the Motion represents as being a member in good standing of the Bar of the State of Illinois.  It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Laura E. Reasons to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 4, 2020

W. Carleton Metcalf
United States Magistrate Judge