# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| MATTHEW HODGE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00016-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY and DIVISION OF ADULT CORRECTION AND JUVENILE JUSTICE, | ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2021 Memorandum of Decision and Order.

June 28, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court